# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-2801

_____

United States of America

*Plaintiff - Appellee*

v.

Lindon Roy Knutson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Minnesota - St. Paul

_____

Submitted: July 18, 2013
Filed: August 7, 2013
[Unpublished]

_____

Before GRUENDER, BENTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

After the district court[1] denied his motion to dismiss the indictment, Lindon Roy Knutson conditionally pled guilty to failure to register as a sex offender, in violation of 18 U.S.C. § 2250(a), and 42 U.S.C. §§ 16911, 16913. In his motion to

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.

dismiss, Knutson challenged the constitutionality of the Sex Offender Registration and Notification Act (SORNA) – specifically, 42 U.S.C. § 16913(d) – under the non-delegation doctrine. Earlier, this court had remanded Knutson's case to reconsider his motion in light of the Supreme Court's decision in *Reynolds v. United States*, 565 U.S. ___ , 132 S. Ct. 975 (2012). On remand, the district court again denied the motion to dismiss. In this appeal, Knutson argues that the district court erred. To the contrary, as decided in *United States v. Kuehl,* 706 F. 3d 917, 920 (8th Cir. 2013), SORNA does not violate the non-delegation doctrine.

The judgment is affirmed.

_____